# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A59 | E 1161163 | Provost | 867 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/03/2023 18:01
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 43 CFR 8341.1(B)

Place of Offense: Lost Spring ACEC

Offense Description: Factual Basis for Charge: Operation of OHV off designated areas or trails

HAZMAT ☐

### DEFENDANT INFORMATION
Phone:
Last Name: ROUNDY
First Name: Eric
M.I.: A
Street Address:
City: New Harmony
State: UT
Zip Code: 84757
Date of Birth: 3/1998
Drivers License No.: 
CDL ☐  D.L. State: UT
Social Security No.: 1582
☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BRO   Eyes: HAZ   Height: 6'00"   Weight: 160

### VEHICLE
Tag No.:   State: UT   Year: 19   Make/Model: TOY TACOMA   PASS ☐   Color: GRAY

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 24-4099-MJ-01-PCT-CDB
Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Eric Roundy

Original - CVB Copy



*E1161163*

Incident # LM23069682     CVB Loc. Code A59     Violation Notice #1161163

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/26/2023, while exercising my duties as a law enforcement officer in the Federal District of Arizona.

BLM investigators setup a camera system in the Lost Spring Area of Critical Environmental Concern (ACEC), near Colorado City Arizona, due to prolonged resource damage and natural resource theft.

I reviewed images from the camera system and saw that two pickup trucks had been hauling firewood from the Lost Spring ACEC: starting on 10/06/2023 and ending on 11/03/2023. Between the two trucks, they made 10 visits to the area.

I documented approximately 2 miles of newly created offroad travel, in the area where the vehicles were cutting firewood. Many of the newly created routes were used multiple times, causing defined and lasting routes in the aera.

I obtained a vehicle license plate number, from the camera system, which led me to a suspect's address in Colorado City, AZ. I conducted a Field Interview (FI) with the owner of a Toyota Tacoma, Eric A. ROUNDY of New Harmony, UT.

ROUNDY admitted to driving his Toyota Tacoma, while pulling a trailer, offroad to retrieve firewood. The tread pattern from ROUNDY's Toyota Tacoma and trailer matched the offroad tracks at the woodcutting site.

I issued Eric A. ROUNDY a Mandatory Appearance Violation Notice for 43 CFR § 8341.1(b) Operation of OHV off designated areas or trails. ROUNDY signed and received the Violation Notice in person on 12/17/2023.

The foregoing statement is based upon:
☒ My personal observation           ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: 12/17/2023            Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D Bibles  Digitally signed by Camille D Bibles
Date: 2023.12.18 11:22:50 -07'00'

Date (MM/DD/YYYY)     U. S. Magistrate Judge

Page 1 of 1

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A 59 | E 1161164 | Provost | 867 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 11/03/2023 18:01 | 43 CFR 8341.1(f)(4) |

Place of Offense: Lost Spring ACEC

Offense Description: Factual Basis for Charge      HAZMAT ☐

Operation of OHV Causing Environmental Damage.

### DEFENDANT INFORMATION

Phone: (  )

| Last Name | First Name | M.I. |
|---|---|---|
| ROUNDY | Eric | A |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| New Harmony | UT | 84757 | [redacted]/1998 |

Drivers License No.: [redacted]    CDL ☐   D.L. State: UT   Social Security No.: [redacted]-1582

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRO | HAZ | 6'00" | 160 |

### VEHICLE   VIN:                                                     CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| [redacted] | UT | 19 | TOY TACOMA | | GRAY |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**    $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1161164*

Incident # LM23069682     CVB Loc. Code A59     Violation Notice #1161164

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/26/2023, while exercising my duties as a law enforcement officer in the Federal District of Arizona.

BLM investigators setup a camera system in the Lost Spring Area of Critical Environmental Concern (ACEC), near Colorado City Arizona, due to prolonged resource damage and resource theft.

I reviewed images from the camera system and saw that two pickup trucks had been hauling firewood from the Lost Spring ACEC: starting on 10/06/2023 and ending on 11/03/2023. Between the two trucks, they made 10 visits to the area.

I documented miles of newly created offroad travel, in the area where the subjects were using their vehicles during the woodcutting operation. Many of the newly created routes were used multiple times, causing defined and lasting routes in the aera. Many plants/vegetation were runover during the offroad travel.

A vehicle license plate number obtained from the camera system led me to a suspect's address in Colorado City AZ, where I conducted a Field Interview (FI) with the owner of a Toyota Tacoma, Eric A. ROUNDY of New Harmony, UT

ROUNDY admitted to driving his Toyota Tacoma, while pulling a trailer, offroad to retrieve firewood. The tread pattern from ROUNDY's Toyota Tacoma and trailer matched the offroad tracks at the woodcutting site.

I issued Eric A. ROUNDY a Mandatory Appearance Violation Notice for 43 CFR § 8341.1(f)(4) Operation of OHV causing environmental damage. ROUNDY signed and received the Violation Notice in person on 12/17/2023.

The foregoing statement is based upon:

☒ My personal observation     ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: 12/17/2023     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D Bibles** Digitally signed by Camille D Bibles Date: 2023.12.18 11:21:33 -07'00'

Date (MM/DD/YYYY)     U. S. Magistrate Judge

Page 1 of 1

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A59 | E 1161165 | Provost | 867 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/03/2023 18:01
Offense Charged: ☒ CFR ☐ USC ☐ State Code
43 CFR 4140.1(B)(6)

Place of Offense: Lost Spring ACEC

Offense Description: Factual Basis for Charge: Littering
HAZMAT ☐

### DEFENDANT INFORMATION
Phone: ( )

Last Name: ROUNDY
First Name: Eric
M.I.: A

Street Address:

City: New Harmony
State: UT
Zip Code: 84757
Date of Birth (mm/dd/yyyy): __/__/1998

Drivers License No.:
CDL ☐   D.L. State: UT
Social Security No.: -1582

☒ Adult ☐ Juvenile
Sex: ☒ Male ☐ Female
Hair: BRO
Eyes: HAZ
Height: 6'0"
Weight: 160

### VEHICLE
VIN:
CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | UT | 19 | TOY TACOMA |  | GRAY |

APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *Eric Roundy*

Original - CVB Copy



*E1161165*

Incident # LM23069682      CVB Loc. Code A59       Violation Notice #E1161165

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/26/2023, while exercising my duties as a law enforcement officer in the Federal District of Arizona.

BLM investigators setup a camera system in the Lost Spring Area of Critical Environmental Concern (ACEC), near Colorado City Arizona, due to prolonged resource damage and resource theft.

I reviewed images from the camera system and saw that two pickup trucks had been hauling firewood from the Lost Spring ACEC: starting on 10/06/2023 and ending on 11/03/2023. Between the two trucks, they made 10 visits to the area.

I located the area where the group was cutting firewood. During a survey of the area, I located the following litter: 6-beer bottles (Michelob ULTRA and Coors Lite), 2-empty STIHL chainsaw bar oil containers, 4-protein *G2 PROTEIN BAR* wrappers, 2-empty plastic water bottles.

A vehicle license plate number obtained from the camera system led me to a suspect's address in Colorado City, AZ, where I conducted a Field Interview (FI) with the owner of a Toyota Tacoma, Eric A. ROUNDY of New Harmony, UT

ROUNDY admitted to cutting firewood in the area and leaving the trash behind.

I issued Eric A. ROUNDY a Mandatory Appearance Violation Notice for 43 CFR § 4140.1(b)(6) Littering.

ROUNDY signed and received the Violation Notice in person on 12/17/2023.

The foregoing statement is based upon:

☒ My personal observation        ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on:  12/17/2023                    *[Officer's Signature]*
              Date (MM/DD/YYYY)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:  **Camille D Bibles** Digitally signed by Camille D Bibles
                                    Date: 2023.12.18 11:21:08 -07'00'
              Date (MM/DD/YYYY)      U. S. Magistrate Judge

Page 1 of 1

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A59 | E 1161166 | Provost | 867 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/03/2023 18:01
Offense Charged: ☒ CFR ☐ USC ☐ State Code
43 CFR 4140.1(B)(3)

Place of Offense: Lost Spring ACEC

Offense Description: Factual Basis for Charge — HAZMAT ☐
Cutting, burning, spraying, destroying OR removing vegetation without Authorization

### DEFENDANT INFORMATION
Phone: —

| Last Name | First Name | M.I. |
|---|---|---|
| ROUNDY | Eric | A |

Street Address: 1 GEYER Dr.

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| New Harmony | UT | 84757 | —/—/1998 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| — | | UT | 1582 |

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BRO   Eyes: HAZ   Height: 6'00"   Weight: 160

### VEHICLE    VIN: —    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| — | UT | 19 | TOY TACOMA | | GRAY |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *Eric Roundy*

Original - CVB Copy



*E1161166*

Incident # LM23069682      CVB Loc. Code A59      Violation Notice #1161166

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/26/2023, while exercising my duties as a law enforcement officer in the Federal District of Arizona.

BLM investigators setup a camera system in the Lost Spring Area of Critical Environmental Concern (ACEC), near Colorado City Arizona, due to prolonged resource damage and natural resource theft.

I reviewed images from the camera system and saw that two pickup trucks had been hauling firewood from the Lost Spring ACEC: starting on 10/06/2023 and ending on 11/03/2023. Between the two trucks, they made 10 visits to the area.

I documented 77 trees that had recently been cut down, within the timeframe the two trucks were photographed hauling wood from the area.

A vehicle license plate number obtained from the camera system led me to a suspect's address in Colorado City Arizona, where I conducted a Field Interview (FI) with the owner of a Toyota Tacoma, Eric A. ROUNDY of New Harmony, UT.

ROUNDY admitted to cutting and hauling multiple loads firewood from the Lost Spring area, with the assistance of 2 hired hands. Approximately 10 cords of firewood were observed at ROUNDY's residence in Colorado City, AZ.

I issued Eric A. ROUNDY a Mandatory Appearance Violation Notice for 43 CFR § 4140.1(b)(3) Cutting, burning, spraying, destroying, or removing vegetation without authorization.

ROUNDY signed and received the Violation Notice in person on 12/17/2023.

The foregoing statement is based upon:
☒ My personal observation         ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on:  12/17/2023        _____
              Date (MM/DD/YYYY)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:  **Camille D Bibles** Digitally signed by Camille D Bibles
              Date: 2023.12.18 11:20:45 -07'00'
              Date (MM/DD/YYYY)        U. S. Magistrate Judge

Page 1 of 1